**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 180 MAL 2020

Respondent

                                 :    Petition for Allowance of Appeal
                                 :    from the Order of the Superior Court

       v.                           :

SEAN MICHAEL ADEE,             :

Petitioner             :

## ORDER

**PER CURIAM**

       **AND NOW**, this 22nd day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.